district court in its denial of benefits to Ms. Anderson.

Before BROWNING, DUNIWAY and PREGERSON, Circuit Judges.

PER CURIAM:

We granted a rehearing, 692 F.2d 75, on the question of whether an award to Pellicano of attorneys' fees can be made. We adopt the reasoning of *Nibali v. United States,* 634 F.2d 494 (Ct.Cl.1980), in which the Court of Claims held that attorney fees may not be awarded in a civilian pay case that was pending in a court when the Civil Service Reform Act became effective. On that basis, the request for attorney fees pursuant to 5 U.S.C. § 5596(b)(1)(A)(ii) cannot be granted.

The case is remanded for further proceedings consistent with our opinion filed on November 8, 1982, and with this opinion.

**Anthony J. PELLICANO, Plaintiff-Appellant,**

v.

**UNITED STATES of America, Defendant-Appellee.**

**No. 82–4173.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 15, 1982.

Decided Aug. 4, 1983.

Richard Keith Corbin, Sacramento, Cal., for plaintiff-appellant.

Perry Anderson, Washington, D.C., for defendant-appellee.